**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

SAINT-HUBERT BORDENAVE,

Petitioner,

v.

CHRISTOPHER LAROSE, Warden, Otay Mesa Detention Center; MARKWAYNE MULLIN, Secretary, Department of Homeland Security; DAVID J. VENTURELLA, Senior Official Performing the Duties of the Director, U.S. Immigration and Customs Enforcement; and TODD BLANCHE, Attorney General of the United States, U.S. Department of Justice,

Respondents.

Case No.: 3:26-cv-05296-BTM-DEB

**ORDER:**
**(1) TO SHOW CAUSE, AND**
**(2) ENJOINING REMOVAL FROM THE SOUTHERN DISTRICT**

//

//

//

Having reviewed the petition, the Court orders as follows.

First, the Court orders the Respondents to show cause why the petition should not be granted. The Respondents shall state in their response whether the Petitioner will be a danger to the community if released.

The Respondents must file a brief responding to the Court's order no later than fourteen (14) days following the date this Order is signed. The Petitioner may file a brief replying to the Respondents' brief no later than twenty-one (21) days following the date this Order is signed. If the Petitioner files an amended petition, the briefing schedule will be vacated without further order from the Court and reset as follows: the Respondents' brief must be filed no later than fourteen (14) days following the filing date of the amended petition and the Petitioner's reply may be filed no later than twenty-one (21) days following the filing date of the amended petition. The petition will be deemed submitted for the Court's decision once the deadline for the Petitioner's reply brief has passed. There will be no oral argument unless requested by the Court.

Second, the Respondents are enjoined from removing the Petitioner from the Southern District of California until the petition is decided. *See* 28 U.S.C. § 1651.

**IT IS SO ORDERED.**

Dated: September 15, 2026

Honorable Barry Ted Moskowitz
United States District Judge