**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

SAINT-HUBERT BORDENAVE,

Petitioner,

v.

CHRISTOPHER LAROSE, Warden, Otay Mesa Detention Center, et al.,

Respondents.

Case No.: 3:26-cv-05296-BTM-DEB

**ORDER SETTING ORAL ARGUMENT**

The parties are ordered to present oral argument before the Court on October 1, 2026, at 2:40 p.m. The parties must be prepared to address the issue of the Petitioner's flight from law enforcement.

**IT IS SO ORDERED.**

Dated: September 30, 2026

Honorable Barry Ted Moskowitz
United States District Judge